FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Prepared by the Court | |

TELEPHONE NO.:                    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco**
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Unified Family Court

PETITIONER/PLAINTIFF: County of Sacramento

RESPONDENT/DEFENDANT: Phillip Bell

OTHER PARTY: Samantha Barnes

**FILED**
Superior Court of California
County of San Francisco

NOV 20 2023

CLERK OF THE COURT
BY: _Tyler Ortman_
Deputy Clerk

| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER: FCS-15-350844 |
|---|---|

1. This proceeding was heard
   on *(date)*: 11/14/2023          at *(time)*: 9:00 AM          in Dept.: 403          Room:
   by Judge *(name)*: Hon. Russell S. Roeca          ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed *(date)*:          by *(name)*:
   a. ☐ Petitioner/plaintiff present                    ☐ Attorney present *(name)*:
   b. ☐ Respondent/defendant present                    ☐ Attorney present *(name)*:
   c. ☐ Other party present                             ☐ Attorney present *(name)*:

**THE COURT ORDERS**

2. Custody and visitation/parenting time:   As attached   ☐ on form FL-341   ☐ Other   ☒ Not applicable

3. Child support:   As attached   ☐ on form FL-342   ☐ Other   ☒ Not applicable

4. Spousal or family support:   As attached   ☐ on form FL-343   ☐ Other   ☒ Not applicable

5. Property orders:   As attached   ☐ on form FL-344   ☐ Other   ☒ Not applicable

6. Attorney's fees:   As attached   ☐ on form FL-346   ☐ Other   ☒ Not applicable

7. Other orders:   ☒ As attached   ☐ Not applicable
   MC-025

8. All other issues are reserved until further order of court.

9. ☐ This matter is continued for further hearing on *(date)*:          at *(time)*:          in Dept.:
   on the following issues:

Date: 11/20/23

Approved as conforming to court order.

▶ _____          _____
                                      JUDICIAL OFFICER
                                      Hon. Russell S. Roeca

SIGNATURE OF ATTORNEY FOR   ☐ PETITIONER/PLAINTIFF   ☐ RESPONDENT/DEFENDANT   ☐ OTHER PARTY

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

**FINDINGS AND ORDER AFTER HEARING**
**(Family Law—Custody and Support—Uniform Parentage)**

www.courts.ca.gov

County of Sacramento v. Bell

MC-025

| SHORT TITLE: | CASE NUMBER |
|---|---|
| - County of Sacramento v. Bell | FCB·15·350844 |

ATTACHMENT (Number): __1__

(This Attachment may be used with any Judicial Council form.)

The Court issued a tentative ruling and did not receive any timely objections. The Court therefore adopts its tentative ruling without hearing and orders:

1. This matter is on for review after the Findings and Orders after hearing filed on August 24, 2023.

2. Neither party filed update declarations as ordered by the Court to address the minor son's football, grades, efforts to reconnect and confirmation of enrollment at Christian Brother in Sacramento for the Spring 2024 semester. This followed the Tier 2 interview of Philip (DOB: 8/30/06).

3. The Parties have joint legal and joint physical custody of the minor child.

4. The minor is to be enrolled in school in Sacramento as previously ordered and consistent with his request and in his best interest.


IT IS SO ORDERED.
////

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page __1__ of __1__

(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov



County of Sacramento v. Bell