AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.

*Plaintiff(s)*

v.

Civil Action No. 3:24-cv-05545-JCS

SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JAMIR DAVIS, ESQ. SBN 98041 – PRO HAC VICE APPLICATION PENDING J. DAVIS LAW FIRM, PLLC
106 WINDING WAY UNIT C COVINGTON, KY 41011
VALERY NECHAY, ESQ. SBN
ATTORNEY AT LAW
LAW CHAMBERS BUILDING 345 FRANKLIN ST. SAN FRANCISCO, CA 94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 9/13/2024

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-05545-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:

were received by me on *(date)*  09/18/2024  .

☐ I personally served the summons and the attached complaint on the individual at *(place)*:

on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons and the attached complaint on *(name of individual)* HEE KIM, Agent for Service of Process who is designated by law to accept service of process on behalf of *(name of organization)* KLUTCH SPORTS 822 North Laurel Avenue, Los Angeles, CA 90048  on *(date)* 09/20/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 85.00  for travel and $ 0.00  for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: 09/20/2024

*Server's signature*

TRACEY TURNER, Register Process Server No.6701
*Printed name and title*

Turner's Attorney Service
6230 Wilshire Blvd., Suite 164
Los Angeles, CA 90048
*Server's address*

Additional information regarding attempted service, etc.: