AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-05545-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* **09/18/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **VANESSA**, a person of suitable age and discretion who resides there, on *(date)* **09/19/2024**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **105.00** for travel and $ **0** for services, for a total of $ **105.00**

I declare under penalty of perjury that this information is true.

Date: **09/19/2024**

*Server's signature*

**LUIZ DE OLIVEIRA**
*Printed name and title*

**2459 STANFORD WAY, ANTIOCH CA 94531**
*Server's address*

Additional information regarding attempted service, etc:

Thursday, September 19, 2024, at 9:45 AM, I was at the address 3927 Hummingbird Dr., Antioch, California 94509, for my first attempt to locate Mr. Steve Briscoe, who is also associated with the company called Next Level Sports & Academics. After taking some photos of the house and the car parked at the entrance of the garage, I approached the door and rang the doorbell. A woman answered and confirmed that Steve Briscoe lived there and recognized the name of his company, Next Level Sports. She stated that she was Mr. Steve Briscoe's wife and introduced herself as Vanessa. The characteristics of the woman who claimed to be Mr. Steve Briscoe's wife are as follows: American, Caucasian, approximately 35 to 40 years old, about 5'6" in height, 170 to 180 pounds, with dark eyes and black hair. I asked her what time her husband would be home, and she couldn't provide a specific time. Her responses to each of my questions seemed uncooperative, and she asked what the matter was regarding. I informed her that I had legal papers to deliver, and after a few seconds of consideration, she decided to accept the service on behalf of her husband.

Print | Save As... | Reset