# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of California

Case Number: 3:24-CV-05545-JCS

Plaintiff: **PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.**
vs.
Defendant: **SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al**

For:
JAMIR DAVIS, ESQ.
DAVIS LAW FIRM, PLLC
106 WINDING WAY UNIT C
COVINGTON, KY 41011

Received by Cal Process Servers on the 16th day of September, 2024 at 2:58 pm to be served on **SADDLEBACK UNIFIED SCHOOL DISTRICT, 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691**.

I, Richard Steiber, do hereby affirm that on the **18th day of September, 2024** at **2:10 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **JAIME FITZHUGH** as **Confidential Executive Secretary** at the address of: **25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691**, who stated they are authorized to accept service for **SADDLEBACK UNIFIED SCHOOL DISTRICT**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
Routine Process Service   $75.00
Total                     $75.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_____
**Richard Steiber**
1852   9/24/2024
**Date**

Cal Process Servers
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2024000887