# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of California

Case Number: 3:24-CV-05545-JCS

Plaintiff: **PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.**
vs.
Defendant: **SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al**

For:
JAMIR DAVIS, ESQ.
DAVIS LAW FIRM, PLLC
106 WINDING WAY UNIT C
COVINGTON, KY 41011

Received by Cal Process Servers on the 16th day of September, 2024 at 2:58 pm to be served on **EDWARD WONG, 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691.**

I, Richard Steiber, do hereby affirm that on the **20th day of September, 2024** at **11:08 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JAIME FITZHUGH** as **Confidential Executive Secretary**, a person employed therein and authorized to accept service for **EDWARD WONG** at the address of: **25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691**, the within named person's usual place of **Work**, in compliance with State Statutes.

**AND MAILING** by First Class mail, a copy to each defendant by depositing said copies in the United States Mail, in a sealed envelope with postage prepaid, addressed to the defendant at the above named address on: **9/21/2024.** from: **IRVINE, CA**

**Service Fee Items:**
   Additional Defendant at same address   $35.00
   Total   $35.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_Richard Steiber_
1852   9/24/2024
**Date**

Cal Process Servers
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2024000889

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>JAMIR DAVIS, ESQ. (98041)<br>DAVIS LAW FIRM, PLLC<br>106 WINDING WAY UNIT C<br>COVINGTON, KY 41011<br>TELEPHONE NO.: (859) 750-5033<br>ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: Northern District of California | |
| PLAINTIFF: PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.<br>DEFENDANT: SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al | CASE NUMBER:<br>3:24-CV-05545-JCS |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1. I Richard Steiber, am at least 18 years of age and not a party to this action.

2. Documents to be served:

   SUMMONS IN A CIVIL ACTION; COMPLAINT

3. Party to be served:

   EDWARD WONG, 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691

4. Details of diligence:

   09/18/2024  2:10 PM  Attempted service at 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691 - Unable to serve, defendant not available at this time per office staff, not sure when she may be available.
   09/19/2024 12:05 PM  Attempted service at 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691 - Unable to serve, defendant not available at this time per office staff, not sure when she may be available.
   09/20/2024 11:08 AM  Attempted service at 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691 - Not in, substitute service effected on authorized office personnel.

5. Person attesting to diligence:

   **Name:** Richard Steiber
   **Firm:** Cal Process Servers
   **Address:** 14271 Jeffrey Road, #308, Irvine, CA 92620
   **Telephone Number:** (949) 295-8028
   **I am a registered California process server:** owner
   **Registration No.:** 1852
   **County:** Orange

   The fee for service was: $35.00

| PLAINTIFF: PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.<br>DEFENDANT: SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al | CASE NUMBER:<br>3:24-CV-05545-JCS |
|---|---|

6.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/24/2024

Richard Steiber
(PRINTED NAME)

▶ _(signature)_
(SIGNATURE)