# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of California

Case Number: 3:24-CV-05545-JCS

Plaintiff: **PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.**
vs.
Defendant: **SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al**

For:
JAMIR DAVIS, ESQ.
DAVIS LAW FIRM, PLLC
106 WINDING WAY UNIT C
COVINGTON, KY 41011

Received by Cal Process Servers on the 16th day of September, 2024 at 2:58 pm to be served on **TRICIA OSBORNE, 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691**.

I, Richard Steiber, do hereby affirm that on the **20th day of September, 2024 at 11:08 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JAIME FITZHUGH** as **Confidential Executive Secretary**, a person employed therein and authorized to accept service for **TRICIA OSBORNE** at the address of: **25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691**, the within named person's usual place of **Work**, in compliance with Federal Statutes FRCP 4(e)(2)(B), FRCP 4(e)(1) & state statutes - California CCP 415.20(b).

**AND MAILING** by First Class mail, a copy to each defendant by depositing said copies in the United States Mail, in a sealed enevelope with postage prepaid, addressed to the defendant at the above named address on: **9/21/2024** from: **IRVINE, CA**

**Service Fee Items:**
| | |
|---|---|
| Additional Defendant at same address | $35.00 |
| Total | $35.00 |

## RETURN OF SERVICE For 3:24-CV-05545-JCS

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_____
**Richard Steiber**
1852
9/24/2024
**Date**

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2024000888

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>JAMIR DAVIS, ESQ. (98041)<br>DAVIS LAW FIRM, PLLC<br>106 WINDING WAY UNIT C<br>COVINGTON, KY 41011<br>TELEPHONE NO.: (859) 750-5033<br>ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: Northern District of California | |
| PLAINTIFF: PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.<br>DEFENDANT: SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al | CASE NUMBER:<br>3:24-CV-05545-JCS |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1. I Richard Steiber, am at least 18 years of age and not a party to this action.

2. Documents to be served:

    SUMMONS IN A CIVIL ACTION; COMPLAINT

3. Party to be served:

    TRICIA OSBORNE, 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691

4. Details of diligence:

    09/18/2024  2:10 PM   Attempted service at 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691 - Unable to serve, defendant not available at this time per office staff, not sure when she may be available.
    09/19/2024 12:05 PM   Attempted service at 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691 - Unable to serve, defendant not available at this time per office staff, not sure when she may be available.
    09/20/2024 11:08 AM   Attempted service at 25631 PETER A. HARTMAN WAY, MISSION VIEJO, CA 92691 - Not in, substitute service effected on authorized office personnel.

5. Person attesting to diligence:

    Name: Richard Steiber
    Firm: Cal Process Servers
    Address: 14271 Jeffrey Road, #308, Irvine, CA 92620
    Telephone Number: (949) 295-8028
    I am a registered California process server: owner
    Registration No.: 1852
    County: Orange

    The fee for service was: $35.00

| PLAINTIFF: PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.<br>DEFENDANT: SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities., et al | CASE NUMBER:<br>3:24-CV-05545-JCS |
|---|---|

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/24/2024

Richard Steiber
(PRINTED NAME)

▶ _/s/ Richard Steiber_
(SIGNATURE)