

# The Superior Court of California
## County of San Francisco
### (415) 551-0651

**BRANDON E. RILEY**
**CHIEF EXECUTIVE OFFICER OF THE COURT**

Criminal Division
850 Bryant Street, Room 101
San Francisco, CA 94103

The People of the State of California,

          Plaintiff,

vs.

ISAIAH ANDREW SANDOVAL,

          Defendant.

Case Number: CRI-02496251

**Researcher Case Information**

11-01-2024

**Defendant Name:** ISAIAH ANDREW SANDOVAL
**Date of Birth:** 07-06-1988

**Case Status:** Closed
**Filed Date:**
**Offense Date:**
**Disposition Date:** [[Disposition Date]]
**Charges and Disposition:**

| # | Statute | Descriptions | Disposition Type - Method |
|---|---------|--------------|---------------------------|
| 1 | 14601.5(a) VC/M | DRIVING WHILE LICENSE SUSPENDED/REVOKED | Dismissed, Defense Motion Granted - Dismissed/Court Order |
| 2 | 4000(a)(1) VC/I | UNREGISTERED MOTOR VEHICLE | Dismissed, Defense Motion Granted - Dismissed/Court Order |
| 3 | 5200(a) VC/I | LICENSE PLATE REQUIREMENTS | Dismissed, Defense Motion Granted - Dismissed/Court Order |

**Sentencing Information (if applicable):**
**Incarceration:**
**Probation:**
**Probation Time:**
**Probation Conditions:**

Dino Paulo Carlos
Deputy Court Clerk

11-01-2024
Date

*THIS IS NOT AN OFFICIAL RECORD*



# The Superior Court of California
## County of San Francisco
### (415) 551-0651

**BRANDON E. RILEY**
**CHIEF EXECUTIVE OFFICER OF THE COURT**

Criminal Division
850 Bryant Street, Room 101
San Francisco, CA 94103

The People of the State of California,

        Plaintiff,

vs.

ISAIAH SANDOVAL,

        Defendant.

Case Number: CRI-02383001

Researcher Case Information

11-01-2024

**Defendant Name:** ISAIAH SANDOVAL
**Date of Birth:** 07-06-1988

**Case Status:** Closed
**Filed Date:**
**Offense Date:**
**Disposition Date:** [[Disposition Date]]
**Charges and Disposition:**

| # | Statute | Descriptions | Disposition Type - Method |
|---|---------|--------------|---------------------------|
| 1 | 211 PC/F | ROBBERY | Dismissed, 1385PC - Plea Agreement - Dismissed/Court Order |
| 2 | 459 PC/F | BURGLARY | Dismissed, 1385PC - Plea Agreement - Dismissed/Court Order |
| 3 | 148(a)(1) PC/M | RESISTING, OBSTRUCTING, DELAYING OF A PEACE OFFICER OR EMT | Dismissed, 1385PC - Plea Agreement - Dismissed/Court Order |
| 4 | 487(c) PC/F | GRAND THEFT PERSON | Guilty (Conviction) - Plea Agreement / Trial |

**Sentencing Information (if applicable):**
**Incarceration:**

| # | Statute | Incarceration Type | Facility | Report Date |
|---|---------|--------------------|----------|-------------|
| 4 | 487(c) PC/F | Determinate | San Francisco County Jail | |

**Probation:**

| # | Statute | Probation Type | Agency | Start Date |
|---|---------|----------------|--------|------------|
| 4 | 487(c) PC/F | Formal | Adult Probation Department | 10-27-2008 |

**Probation Time:**

| # | Statute | Length | Time Reduction | Total |
|---|---------|--------|----------------|-------|
| 4 | 487(c) PC/F | 2 Years 11 Months 29 0 Days | | 2 Years 11 Months 29 |

THIS IS NOT AN OFFICIAL RECORD

```
                    Days              Days
                    2 Years 11 Months 29 0 Days    2 Years 11 Months 29
                    Days              Days
```

**Probation Conditions:**
Obey all laws (OAL).


| Dino Paulo Carlos | 11-01-2024 |
|---|---|
| Deputy Court Clerk | Date |

THIS IS NOT AN OFFICIAL RECORD