**FL-340**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Prepared by the Court | |
| TELEPHONE NO.:    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | **FILED**<br>Superior Court of California<br>County of San Francisco<br><br>NOV 20 2023<br><br>CLERK OF THE COURT<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS: 400 McAllister Street<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Unified Family Court | |
| PETITIONER/PLAINTIFF: County of Sacramento | |
| RESPONDENT/DEFENDANT: Phillip Bell | |
| OTHER PARTY: Samantha Barnes | |
| **FINDINGS AND ORDER AFTER HEARING** | CASE NUMBER:<br>FCS-15-350844 |

1. This proceeding was heard
   on *(date):* 11/14/2023    at *(time):* 9:00 AM    in Dept.: 403    Room:
   by Judge *(name):* Hon. Russell S. Roeca   ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed *(date):*   by *(name):*
   a. ☐ Petitioner/plaintiff present                    ☐ Attorney present *(name):*
   b. ☐ Respondent/defendant present                    ☐ Attorney present *(name):*
   c. ☐ Other party present                             ☐ Attorney present *(name):*

**THE COURT ORDERS**

2. Custody and visitation/parenting time:    As attached    ☐ on form FL-341    ☐ Other    ☒ Not applicable
3. Child support:                              As attached    ☐ on form FL-342    ☐ Other    ☒ Not applicable
4. Spousal or family support:                  As attached    ☐ on form FL-343    ☐ Other    ☒ Not applicable
5. Property orders:                            As attached    ☐ on form FL-344    ☐ Other    ☒ Not applicable
6. Attorney's fees:                            As attached    ☐ on form FL-346    ☐ Other    ☒ Not applicable
7. Other orders:                               ☒ As attached MC-025    ☐ Not applicable
8. All other issues are reserved until further order of court.
9. ☐ This matter is continued for further hearing on *(date):*    at *(time):*    in Dept.:
   on the following issues:

Date: 11/20/23

Approved as conforming to court order.

JUDICIAL OFFICER
Hon. Russell S. Roeca

▶ _____
SIGNATURE OF ATTORNEY FOR    ☐ PETITIONER/PLAINTIFF    ☐ RESPONDENT/DEFENDANT    ☐ OTHER PARTY

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

**FINDINGS AND ORDER AFTER HEARING**
(Family Law—Custody and Support—Uniform Parentage)

www.courts.ca.gov

CEB Essential
Forms

County of Sacramento v. Bell

MC-025

| SHORT TITLE: County of Sacramento v. Bell | CASE NUMBER: FCB-15-350844 |

**ATTACHMENT (Number):** 1
(This Attachment may be used with any Judicial Council form.)

The Court issued a tentative ruling and did not receive any timely objections. The Court therefore adopts its tentative ruling without hearing and orders:

1. This matter is on for review after the Findings and Orders after hearing filed on August 24, 2023.

2. Neither party filed update declarations as ordered by the Court to address the minor son's football, grades, efforts to reconnect and confirmation of enrollment at Christian Brother in Sacramento for the Spring 2024 semester. This followed the Tier 2 interview of Philip (DOB: 8/30/06).

3. The Parties have joint legal and joint physical custody of the minor child.

4. The minor is to be enrolled in school in Sacramento as previously ordered and consistent with his request and in his best interest.

IT IS SO ORDERED.
////

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

County of Sacramento v. Bell

