



# The CIF Bylaw 510 Guidelines

## Introduction

The CIF Bylaw 510 Guidelines are written to assist CIF Member Schools regarding the many nuances that encompass "undue influence."