* * * * * * * * *

CONVERSATIONS

BETWEEN

TONY BARNES

PHILLIP BELL JR.

CHAD JOHNSON, AND

TROY ROELEN


DATE:          N/A

TIME:          N/A

LOCATION:      Mission Viejo High School

               25025 Chrisanta Drive

               Mission Viejo, CA  92691


Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

```
                                                      2
 1              P R O C E E D I N G S

 2    ---------------------------------------------------

 3              CHAD JOHNSON:  Back way.  I'm going to

 4    leave the back way.  And I said, Phillip, I mean, we

 5    need to have a conversation at some point, like, by

 6    phone.  If it's at least by phone, are you telling me

 7    if I go back and tell them that you have a roof over

 8    your head, you have food, you have all this stuff

 9    that if they call, you're going to answer the phone?

10    I swear I'll talk to him by phone.  I can't do it

11    face-to-face.  I don't -.  I'm just telling you what

12    he told me.  That's not -.

13              TONY BARNES:  He is a minor, but, I

14    mean -.

15              TROY ROELEN:  He doesn't get to make

16    those decisions as a minor.

17              TONY BARNES:  As a minor.  Like, if you

18    guys - but if you guys got him and he does or good,

19    you know, as far as this.  Whatever he's telling you

20    guys, as far as his well-being.  Because I'm his

21    uncle.  His father -.

22              CHAD JOHNSON:  He's living with his

23    aunt.  Mickey.  If that name rings a bell?

24              TONY BARNES:  Because the phone, that's

25    not going to work.
```

3

1          CHAD JOHNSON:  If that name rings a
2    bell.  Mickey.
3          TONY BARNES:  I have no problem with
4    you, you know, if that makes him more comfortable.
5          CHAD JOHNSON:  He's not driving because
6    you guys expressed no driving.  He gets a ride to
7    team practice with a player.  After practice he gets
8    a ride home.
9          TONY BARNES:  And you gave him a bed?
10          CHAD JOHNSON:  I gave him a bed.
11          TONY BARNES:  Yeah, when we came here
12    yesterday.  I didn't expect to be out until today.
13          CHAD JOHNSON:  If he was grown, you
14    don't get to make the decision.
15          TONY BARNES:  If he was 18 and he was
16    like a, like an adult.  But, you know, with him being
17    a minor, neither guardian really signing up, signing
18    off on, like, who's making these decisions for him?
19          CHAD JOHNSON:  I mean, you guys know
20    this, right?  In California, you don't have to be 18
21    to decide who you live with.  He's going to be 18 in
22    20 days.
23          TONY BARNES:  Right.
24          CHAD JOHNSON:  So, like, you know,
25    according to Phillip, when they did the wellness

4

1  check and the police officers did talk to him, they

2  backed it all down, like, this doesn't look right.

3  You're going to be 18 in a couple weeks anyway.

4          TONY BARNES:  Right.

5          CHAD JOHNSON:  Like, we're not going to

6  bring you in because Phillip thought he was going to

7  get put in cuffs and get taken in.

8          TONY BARNES:  Yeah, it's the same thing

9  happened in Folsom.  And what we found out was that

10  he was actually staying with the killer of my sister.

11  And then also riding up and down I5 with him.  And we

12  we're, like, how in the hell is this happening?  And

13  we're, like, we know that the dude doesn't have any

14  resources.  Everything that he's received in the last

15  two years has directly came from my family, whether

16  it be my parents, my sister or my nephew.

17          TROY ROELEN:  And according to him,

18  he's with Mickey.  He's not with him.

19          TONY BARNES:  That's what he's going to

20  tell you guys.

21          PHILLIP BELL JR.:  Of course, because-.

22          CHAD JOHNSON:  I got you.

23          TONY BARNES:  You know, because we've

24  been dealing with this.  His family condition.  I

25  don't understand.

5

1    CHAD JOHNSON:  I'm trying.  I really.

2  I mean, it's not like, I'm like, screwing it up or

3  anything.  I'm doing everything that's asked of me to

4  do it.

5    TROY ROELEN:  But most importantly, you

6  know, we think all of this can be solved with a

7  conversation, but it has to be - we got to have a

8  conversation.

9    TONY BARNES:  And he has to be present.

10  He just needs to talk to his guardian.

11    CHAD JOHNSON:  Can we try this?  I'm

12  just trying to solve this.  Can you call him on your

13  phone and say -.

14    TROY ROELEN:  I've done that.

15    CHAD JOHNSON:  No, no, he promised me

16  he'd pick up.  And if he doesn't, I'm going to walk

17  back down there and say, what the hell?  Because I'm

18  trying to get.  And I'm just saying, can you call him

19  on the phone and just ask him to have a conversation.

20    PHILLIP BELL, JR.:  You understand the

21  situation.  I birthed this kid, man.  I need to have

22  a - I want to be able to sit down and talk to my son.

23  His mom just died.  His mind is all over the place.

24    CHAD JOHNSON:  What I'm saying is, can

25  you call him and tell him you need to do this face-

6

1  to-face?  That's what I'm asking.  He will pick up

2  his phone.

3             So instead of me being the

4  intermediary.  Hey, Phillip, we need to talk face-to-

5  face.  And he promised me he'd pick up his phone.

6             TONY BARNES:  And for there to even be

7  an intermediary.  It's like, who is really

8  conditioning and programming this kid to, you know.

9             PHILLIP BELL JR.:  It's not normal

10 for a kid to cut off their entire bloodline.

11            TONY BARNES:  Yeah, I mean, my -.

12            CHAD JOHNSON:  I'm not arguing for or

13 against, trust me.  You know what I'm saying?  First

14 time I met you all was yesterday.

15            TONY BARNES:  I don't know if he needs

16 counseling and -.

17            CHAD JOHNSON:  He's got every resource

18 knowing -.

19            TONY BARNES:  But he hasn't had any

20 counseling.

21            PHILLIP BELL JR.:  No, not a family

22 member.

23            CHAD JOHNSON:  But even it's

24 summertime, you know, we don't have counseling in the

25 summertime. You know what I'm saying?  Like.  And the

7

1  next thing, he's been up in Sacramento with the

2  family.

3                    TONY BARNES:  Well, now, my sister

4  dying.

5                    CHAD JOHNSON:  Like he hasn't even been

6  at practice.

7                    TONY BARNES:  Yeah, my sister dying.

8                    CHAD JOHNSON:  Right.  But he's asking

9  why haven't we provided counseling?  And I'm like,

10  well, he's been up in Sacramento with the funeral.

11                    TONY BARNES:  Well, part of the order

12  with him being here.

13                    CHAD JOHNSON:  Yeah.

14                    TONY BARNES:  He was supposed to be

15  having counseling.  And you're probably not aware of

16  that, but -.

17                    CHAD JOHNSON:  No.  Well, all I was

18  known is -.

19                    TONY BARNES:  This was before her

20  death.

21                    CHAD JOHNSON:  Yeah.

22                    TONY BARNES:  So now after her death,

23  it's like, okay, what's really going on?

24                    CHAD JOHNSON:  Okay.

25                    So, I didn't know that.  And then

8

1  number two is, when you guys got the lawyer and sent

2  the cease and desist.  Right?  I was - before that

3  happened, I was trying to figure out how he was going

4  to get to school, who he was going to live with.  We

5  had multiple families ready to take him in.

6              TONY BARNES:  We're trying to figure

7  that out, too.

8              CHAD JOHNSON:  Okay.

9              So, but, then you guys said that.

10             Okay.

11             So, I was not allowed to provide him

12  any legal advice according to cease and desist or

13  help him find anywhere to live.

14             TONY BARNES:  You would have to contact

15  us before you guys could even take him in and do

16  anything.

17             CHAD JOHNSON:  Right, so we stopped.

18  Okay.

19             TONY BARNES:  Maybe he's on the field?

20             CHAD JOHNSON:  No, no.  We stopped

21  everything that we were supposed to stop.  Then I

22  called our lawyers in the district office.

23             Okay.

24             Our lawyers talked to your lawyers.

25  Next thing I know, I get an email that says he's

9

1   allowed to return to the team.  He's allowed to go to

2   school at Mission Viejo.

3              Okay.

4              I still cannot provide him housing, nor

5   can I provide him any legal assistance.  I said,

6   okay, great.

7              So, then I told Phillip, hey, just so

8   you know, this is what the - our lawyers said.  They

9   talked to your dad's lawyers.  This is what you're

10  allowed to do.  Here's what I can't tell you.  I

11  can't say what, you know, where you're going to live.

12   I can't tell.  I can't give you legal advice.

13             He said, awesome.  I am currently in

14  Sacramento putting my mom to rest.  When I get back,

15  I'm going to miss the first few days of fall camp.

16  When I get back, I'm joining the team.  I want to

17  finish out here at Mission Viejo.  I said, perfect.

18  That's the last thing that I've heard.

19             So, if you guys are going to say that,

20  hey, we want to change the cease and desist, then I

21  can get involved.  But I am not going to break a

22  court order.

23             TROY ROELEN:  Remember, I said that

24  yesterday?

25             CHAD JOHNSON:  You know what I'm

1  saying?

2           TONY BARNES:  I mean -.

3           CHAD JOHNSON:  You guys lawyer up and

4  say I can't do something I'm not doing it.

5           TONY BARNES:  I'm just saying.

6           CHAD JOHNSON:  Like, how do you want me

7  to go about this?

8           TONY BARNES:  I just want you to have a

9  conversation.  Because he doesn't have any legal

10  guardians over him.  It's not like he's been.  He's

11  not one of these deprived ghetto kids.  Like, he's

12  not.  He's had everything forever since birth.

13           CHAD JOHNSON:  Yep.

14           TONY BARNES:  You know, two pairs of

15  everything.  It's not like he's, you know, like a kid

16  that's growed with nothing, no.

17           CHAD JOHNSON:  No, he never said that.

18           TONY BARNES:  His family, we want to be

19  here.  We support him.  His mom just died.  Who is

20  really giving him advice on what to do?  I already

21  know who is.  I know you guys may not or may.  So,

22  I'm not sure if you guys are part of it, but the

23  people that are.

24           CHAD JOHNSON:  I would say Briscoe is

25  probably the one that's probably the most -.

11

1          TONY BARNES:  He's empowered.

2          CHAD JOHNSON:  Involved.

3          TONY BARNES:  The killer of my sister

4   because he received money for him going to the last

5   school.  I mean, I know this.

6          CHAD JOHNSON:  Washington or something?

7          TONY BARNES:  No, the Bishop Alemany.

8   He calls me and says, hey, I don't like it here.  We

9   come down as a family when my sister was alive, and

10  tell him straight up, hey, you sure you want to come

11  back?  And he's like, yeah, this is why I called you.

12  I'm sure I want to come back.  That was on a Friday.

13          By Monday, his whole tune changed.

14  Whatever they were beating into him, you know what

15  I'm saying?  He didn't show up.  We already had him

16  enrolled in a school up there and he didn't come

17  through.  So, I know Briscoe, Isaiah, any other

18  benefactors that they might have gained along the

19  way, are feeding into this.  You know, my sister

20  should still be here.  They took her out for a

21  reason.

22          CHAD JOHNSON:  Okay.

23          TONY BARNES:  And they're executing

24  their plan, so to say.  And for him not to be around

25  any family.  Like, I understand one person, but

12

1   neither grandparents, uncle, like -.

2                CHAD JOHNSON:  See, the hardest part

3   for me is -.

4                TONY BARNES:  He don't want to hear.

5   He don't want nothing to do with nobody.

6                CHAD JOHNSON:  About negative?

7                TONY BARNES:  Yeah.

8                CHAD JOHNSON:  But -.

9                TONY BARNES:  But that's -.

10                CHAD JOHNSON:  You know what I'm

11   saying?  Maybe he'll talk to you.

12                TONY BARNES:  Well, if you want, then

13   he needs to come talk to me because I told him I want

14   to talk to him before he came back down here.

15                CHAD JOHNSON:  I got you.

16                TONY BARNES:  Because I want to at

17   least let him know.

18                CHAD JOHNSON:  See, the hard part for

19   me is that we're trained to spot.  We're trained to

20   spot people that are getting abused, whether it's

21   neglect, verbal abuse, whatever.

22                Phillip is like the most wonderful,

23   happy, gets along with everybody.  His teachers love

24   him.  There's not, like, one thing that turned us on

25   to, is this kid's getting abused.  I've had kids get

13

1   abused.  My brother in Florida.  It's really sad.

2   And when it happens, it's awful.

3                   But, like, Phillip didn't show any of

4   those situations.  Not malnourished.  Always had -

5   like you said -.

6                   TONY BARNES:  He lost some weight when

7   he first came down here.  And my sister and her

8   boyfriend, their lifestyle, as far as this, growing

9   up in.

10                  CHAD JOHNSON:  They liked to party.

11  That's what happened.

12                  TONY BARNES:  No, no, no.  Like, they

13  were delusional in how they were approaching this

14  thing.  And Phillip's success blanketed a lot of

15  other things that would have been called out a long

16  time ago.

17                  CHAD JOHNSON:  Yeah.

18                  TONY BARNES:  You know what I mean?

19  It's unfortunate and, you know, I'm happy for him

20  with his success.  I'm the first one that taught him

21  how to catch a football.

22                  CHAD JOHNSON:  Yeah.

23                  TONY BARNES:  You know what I'm saying?

24  The reason why he's even in Mission Viejo is because

25  I told my sister I was going to have him train with

14

1  Jordan once all this was done.  Her, the boyfriend

2  and Briscoe, once they saw Bishop Alemany not

3  working, decided to like skip over what, you know,

4  they thought and brought him directly here.

5      CHAD JOHNSON:  Yeah.  Well, I think

6  that was because of D.J. Lee and growing up on the

7  same - as classmates.  They're like best friends or

8  like or, so.

9      TONY BARNES:  I mean, but a lot of it,

10  but still, but he has to be able to talk to his

11  family.  As far as him just being a 17-year-old kid,

12  making decisions where he wants to live, what he

13  wants to do.  Like, he needs some structure.  He

14  needs some discipline.  Samantha and Isaiah, they

15  didn't - they don't bring him the discipline part.

16      CHAD JOHNSON:  I understand that, but

17  like, okay, so, yeah, look after a month.  I don't

18  know.  I met you guys the first time today.  I didn't

19  know Isaiah and Samantha really well.  I got to know

20  Phillip pretty well.

21      TONY BARNES:  I mean, they were on the

22  sidelines for every game.

23      CHAD JOHNSON:  Yeah, that's -.

24      TONY BARNES:  I mean, you had to at

25  least come across them.

15

1            CHAD JOHNSON:  No, I came across them.

2  I don't know them.  You know what I'm saying?

3            TONY BARNES:  You should have just tell

4  their ass, get the hell off the field because we got

5  to.

6            CHAD JOHNSON:  So, but my thing is

7  this, like, Phillip, academically is great.  No

8  issues, not failing classes, have to repeat anything.

9  Going to graduate early.  Excuse me.  Sorry.  Going

10  to graduate early.  He's going to get his English

11  second semester done online so he can graduate early.

12            TONY BARNES:  Right.

13            CHAD JOHNSON:  There were no red flags

14  other than I thought your sister and Isaiah were a

15  little bit too much on the sidelines.

16            TONY BARNES:  Gambling.

17            CHAD JOHNSON:  I didn't know any of

18  that.

19            TONY BARNES:  Did you ever watch the

20  little series on Phil?

21            Okay.

22            Well, this dude, he goes on, on this

23  miniseries and has a gamble t-shirt. If you're

24  dealing with a potential Division 1 football player,

25  why in the world would you even.  So, this kind of

16

1  shows, like the level of ignorance he has into this

2  field of sports.

3                CHAD JOHNSON:  Yeah.

4                TONY BARNES:  You know, so I played

5  Division 1 football and when I seen that, I mean, I'm

6  like, why in the hell are you doing that to my

7  nephew?

8                CHAD JOHNSON:  Yeah.

9                TONY BARNES:  He's not even

10 understanding the -.

11                CHAD JOHNSON:  What do you need, buddy?

12                UNKNOWN:  I've been forgetting the

13 containers.

14                CHAD JOHNSON:  Okay.

15                Put them on my desk, please.

16                TONY BARNES:  So, I mean, so like.  I

17 mean, that's just very minor compared to.

18                PHILLIP BELL JR.:  But I want Phillip,

19 I want him to be a well-rounded person.  I want him

20 to understand family comes first.

21                TONY BARNES:  Yeah.

22                PHILLIP BELL JR.:  No matter what.  If

23 Michael Jordan wants to say, hey, come here and sell

24 him a -.  That doesn't mean you disallow your family.

25                TONY BARNES:  From the time he was born

17

1  to 16 years old.

2  CHAD JOHNSON:  Yeah.

3  TONY BARNES:  I mean -.

4  CHAD JOHNSON:  What do you think is

5  causing him to -?

6  PHILLIP BELL JR.:  Isaiah and your

7  sister.

8  TONY BARNES:  My sister didn't even

9  know a long time.  And I told my sister.  I would

10  call her out on all the BS that she was doing.

11  That's why she didn't want to be around me.  That's

12  why she pulled this divide.  She was pulling scams on

13  my parents for tens of thousands of dollars making

14  payments without their consent.  Isaiah was behind

15  that.

16  CHAD JOHNSON:  One thing I heard about

17  is he was a professional football player.

18  TONY BARNES:  He's not professional, if

19  he was professional.

20  CHAD JOHNSON:  Which I thought was

21  super - the guy was sketchy.

22  TONY BARNES:  A guy with $50,000.  They

23  sold the house in Sacramento that Phillip and -.

24  CHAD JOHNSON:  And that's the money

25  that they sold a lot of -, but they want $3,250 or

18

1    something like that?

2              UNKNOWN:  Out of the account.

3              PHILLIP BELL JR.:  Yeah.  There was no.

4     All of the - yeah, this is for the well-being, you

5    know, not to -.

6              TONY BARNES:  And this is long-term.

7    This is not just hey, we're here.  Not to sit down.

8              CHAD JOHNSON:  Your main concern is

9    that, is that you guys feel.  Like, here's the deal.

10   When I talked to him, I'm probably closest to Phillip

11   as far as a coach goes.

12              So, when that all went down, I spoke to

13   Jacob and, Jake, can you lay me on all the facts you

14   made on?  I was driving to Paso - it felt crying.  He

15   was hysterical.

16              So, I called up Jacob, who's the

17   receiving coach, and said, do not come to the game.

18   Get your ass organized.  I'm not going to lie to you,

19   I talked through the parents.  This is the only

20   reason why.

21              Okay.

22              Listen to Isaiah.  Listen to Briscoe.

23    There's another dude in there.  I don't know who he

24   was.

25              TONY BARNES:  Briscoe's down there?

19

1          CHAD JOHNSON:  Briscoe was down there

2  the Thursday that - I don't know when she died.  She

3  died on Tuesday, Wednesday?

4          TONY BARNES:  Thursday, on Thursday.

5          CHAD JOHNSON:  Thursday morning.  So,

6  that night.  Mom passed away on Thursday.  Briscoe

7  was there at the house with another guy I don't know

8  and Isaiah.  Another guy was living there and there

9  two friends with him.  There was another young kid

10  there with him and they're just on the bed, you know,

11  kind of.

12          I had my mom diagnosed right now, too.

13  So, I've seen what happened was just totally blocked,

14  so I tried to be there for him.  Like, I knew that

15  wasn't my deal that's why I let him know I was there

16  for him.  Before I left, I went back down there and

17  let everyone out and, like, I had some questions

18  because I had no inklings of Ohio State with anyone.

19   My mom calls me, block.

20          Okay.

21          So, I had some questions, right

22          TONY BARNES:  Why Isaiah hasn't given

23  this to the family?

24          CHAD JOHNSON:  I don't know.

25          TONY BARNES:  I know, see that -.

20

1          CHAD JOHNSON:  So, now the Ohio State

2    head football coach.  I can share that with you that

3    - I won't tell you what the charge.

4               Okay.

5               Isaiah and some others were in trouble,

6    but they broke into - so I kind of like, was like,

7    was there a fight?

8               Okay.

9               Was there a fight?  So, you're like,

10   whatever, you trash your party, whatever.  But if a

11   curio cabinet being broken and split in half, that

12   sounds like you got thrown off a wall from someone

13   being mad at somebody.

14          TONY BARNES:  Right.

15          CHAD JOHNSON:  Okay.

16               So, I had known that information when

17   this.  So, I'm asking questions because I'm like,

18   this doesn't fucking sound right.  So then, dah, dah,

19   dah.  Blah-blah-blah.  All right.

20               So, I leave.  Jacob's still there.  So,

21   I tell Jacob, hey, would you call me after you leave,

22   Jacob?  He goes, absolutely.  So, I go home, and

23   Jacob calls me and I'm like, Jacob, I'm just letting

24   you know right now, I do not want to accuse anyone of

25   this, all right?

1          And now it's kind of making sense

2  because you and I have the same thoughts, okay?  So,

3  I'm putting all the pieces together and I'm like,

4  Jacob, does this sound right to you?  Like, I'm not a

5  fucking policeman.  I'm not an investigator,

6  detective.  This doesn't sound right.  You know what

7  I mean?

8          TONY BARNES:  Yeah.

9          CHAD JOHNSON:  Like, it's not adding

10  up.  From what I've been told by this college coach

11  on their visit, this college coach on their visit,

12  how they conducted themselves.  Phillip was obviously

13  an angel, but they were not.  And I go, something's

14  not adding up to me.  And I told Jake, that's when I

15  go, I go I really hope that when the toxicology

16  report comes back, it doesn't have anything in there

17  that is fishy.

18          TONY BARNES:  And then we try to get

19  the death certificate.  At first, there's -.

20          CHAD JOHNSON:  Can't you get the

21  fucking videos from the fucking cameras?

22          TONY BARNES:  So, yeah, I'm working.

23  Yeah, yeah.

24          CHAD JOHNSON:  That will show you the

25  whole fucking thing.

22

1                  TONY BARNES:  Yeah.

2                  CHAD JOHNSON:  And there was some other

3  dude there.  I'm sorry.   There was another dude

4  there.

5                  TONY BARNES:  Okay.  Mike J.J. Miller.

6                  CHAD JOHNSON:  Some Asian guy there.

7                  TONY BARNES:  And Isaiah owed him

8  $5,000.  I know him from -.

9                  CHAD JOHNSON:  Okay.

10                TONY BARNES:  From back then.

11                CHAD JOHNSON:  I'm sorry, I forgot

12  about the Asian dude.  He was the one really fish out

13  of water.  So, I'm like, the rest of them were, you

14  know.

15                TONY BARNES:  He's just tagging along

16  trying to get free.

17                CHAD JOHNSON:  So, so, but his story to

18  Jacob.  So long story short, he had to get back to

19  the airport.  Jacob was just like me.  He thought

20  something was fishy.

21                 So, the guy goes, this guy goes, oh,

22  I'm going to take an Uber.  He goes, no, man, I'll

23  drive you.  So, he drives him on purpose because he

24  wants to ask him questions along the way.  Well, his

25  timeline did not match up with -.

23

1                    TONY BARNES:  With who's timeline?

2                    CHAD JOHNSON:  Isaiah's timeline.

3                    TONY BARNES:  Isaiah wasn't there.  The

4    only thing he did, he left -.

5                    UNKNOWN:  Let him finish.

6                    TONY BARNES:  Okay.

7                    My bad.

8                    CHAD JOHNSON:  Okay.

9                    So, when Jacob tells me this guy,

10   what's his name, the Asian dude?

11                   TONY BARNES:  Mike.

12                   CHAD JOHNSON:  With Mike's timeline,

13   I'm like, well, Jake, you were sitting right there

14   when Isaiah told us.  That doesn't match.  He's like,

15   dude, I know, I know.  Because I told that fucking

16   guy, you guys better not be fucking around, blah,

17   blah, blah.

18                   All right.

19                   So that's when I told Briscoe, because

20   I didn't know Briscoe was a bad guy at the time, you

21   know?  I told Briscoe, I said, I said, listen, me,

22   Jacob and Briscoe gotten in a group, all three of us.

23   And I said, Briscoe, I don't know anybody.  I go, but

24   I'm just letting you know, this does not sound right.

25   I go, can we please get Phillip away from the

24

1    situation?  And he's like, yes.

2                    I told Isaiah he needs to worry about

3    his daughter.  And like, you know, Phillip needs to

4    be with, you know – it's before you guys sent the

5    cease and desist, right?

6                    So, I'm already working suspicion.  I

7    will take care of Phillip.  I will make sure we have

8    him with a family.  The quarterback is a

9    bazillionaire and they already want him to take him

10   in.

11                   Okay?

12                   My quarterback's family.  And then I

13   was working on all this stuff, and then that letter

14   came, and I was like, fuck, sorry, I'm out.  I can't

15   do anything.  So, I stepped away.

16                   Then she got buried in Sacramento and

17   all that thing. And then, so he was gone, right?  So

18   now, like, you guys are back, and you guys are saying

19   some of the same things that I thought this entire

20   time, but I didn't have all the facts.  I didn't know

21   who was telling me the truth.  I didn't know

22   anything.  Toxicology report wasn't back.  You guys

23   say it is.  And now I'm just letting you know, like,

24   I am believing what you guys are saying.  I am not

25   sitting here going, I don't believe you.  I thought

1    the same exact thing when I heard the story, okay?

2                In fact, when Jacob told me, because

3    Jacob went to the funeral.  I don't know if you guys

4    knew that.  He was up there, little buff dude.  Like

5    this tall.  Looks like a half Mexican, half White

6    dude.  Little buff guy.  Great guy.  I coached him in

7    high school a long time ago.  And so, he was like - I

8    go, hey, you know, I think, that everyone knows that

9    there was a lot of coke in her system.  Like the

10   toxicology came back, there were drugs in her system.

11   And I was like, oh, fuck, dude, Phillip's going to

12   fucking beat – he's going to kill Isaiah.  That was

13   my -

14                TONY BARNES:  That's what I thought.

15                CHAD JOHNSON:  That was my biggest

16   concern.  Phillip was going to find out and he was

17   going to kill Isaiah.  He was going to be on ESPN 30

18   for 30s.  Look that could have been.  But he's in

19   jail for murder, for murdering his mom's, whatever,

20   you know, whatever.

21                Okay.

22                So that, honestly, that was my main

23   concern.  So that's why I got in the three-way call

24   with Briscoe.  I said, Briscoe, we need to get

25   Phillip away from, in my opinion, right now.  Is

26

1   there any way you can convince Isaiah to just like.

2              TONY BARNES:  There's no way.

3              CHAD JOHNSON:  Like, just go, hey, you

4   know, and Briscoe's like, yeah, I can do it because

5   he has - I guess he has a daughter, Isaiah?

6              TONY BARNES:  Yeah, he has a -.

7              CHAD JOHNSON:  So that was the idea, is

8   that we could tell Isaiah to focus on his daughter.

9   I could take Phillip, right, and get him with our

10  families.

11             And like as soon as that was starting

12  to happen, that's when you guys.  Your lawyer jumped.

13  And then my principal's like, you fuck and you're

14  done.  You'll get fired.  I'm like, okay, I'm done.

15  I'm not saying shit.

16             So, we shut that shit down, you know,

17  now, I wish we wouldn't have.  You know, because now

18  I feel like he's back with that guy, right?

19             TONY BARNES:  Yeah.

20             CHAD JOHNSON:  And see, it's everything

21  I'm worried about, you know.  Maybe not you because

22  you're the ex-husband, but if that was my sister, I

23  would kill the motherfucker.  You know, and I don't

24  want you to do that.

25             TONY BARNES:  Right, I mean, because -.

1      CHAD JOHNSON:  Because I'm like that.

2   I'm a CCW guy.  I have a gun on me all times.   I

3   would kill him.  If that was my sister, I'd kill the

4   motherfucker.

5      TONY BARNES:  Yeah, but this dude's

6   been -.

7      CHAD JOHNSON:  Right.  But the problem

8   is, is, like, I know.

9      TONY BARNES:  What's going on.

10      CHAD JOHNSON:  Dude, I'm telling you

11   that story that I heard.

12      TONY BARNES:  Yeah.

13      CHAD JOHNSON:  I am not on the other

14   side of the fence on this one with you guys, we're on

15   the same.

16      TONY BARNES:  So, when you hear the

17   lawyers and stuff, that's only because he's lost and

18   we know the facts of what's going on and we just

19   trying to.

20      CHAD JOHNSON:  I wish we could have

21   talked before.

22      TONY BARNES:  Without anybody.

23      CHAD JOHNSON:  I would have been, like,

24    hey, dude, I got him.  I'm on the same page as you.

25      TONY BARNES:  Yeah.

28

1          CHAD JOHNSON:  And I thought it was

2    fishing.  If you know what I mean, I don't know, if

3    all of the three of us and Jacob could sit down,

4    because he knows more and he actually called me one

5    time.  He goes, I need to step away from the

6    situation.  I know too much.  Like this is bad, you

7    know.

8          TONY BARNES:  And this is the worst of

9    the worst.

10          CHAD JOHNSON:  You know, and then

11    they're making a painting out to make you a monster,

12    too.

13          PHILLIP BELL JR.:  I don't know why.

14          TONY BARNES:  Because it helps with

15    their narrative.  It drives a wedge between.

16          CHAD JOHNSON:  Did you find him?

17          TROY ROELEN:  Yes.  He said his phone

18    was in -.

19          CHAD JOHNSON:  That's true.

20          TROY ROELEN:  I know, but when I say

21    this every time, it's like the dog ate my homework, I

22    feel.  His phone was in his backpack.  I said, you

23    promised me that you would pick up your phone when

24    your dad called.  I said, you know, I'm facilitating

25    this, but I'm not a liar, dude.  So, if you tell me

29

1  one thing, you got to be a man of your word.  And he

2  says, my backpack is right here with the phone.

3              He goes, Mr. Roelen, you have my word,

4  I'm going to call him.  I said, you call him.  And if

5  you all decide to set up a meeting, it needs to

6  between you two.  I can't keep going between family.

7  I know.  I go, I can't. I'm trying to facilitate the

8  – I don't, I mean.

9              TONY BARNES:  At my sister's funeral, I

10 told him to come by his grandparents' house, the

11 place where he was raised, and talk to us for 30

12 minutes.  And he didn't do it.  He said okay, I'll be

13 over there.

14             TROY ROELEN:  Do you think it's part of

15 the mourning and avoidance?

16             TONY BARNES:  I think, I think.

17             TROY ROELEN:  Do you think he's being

18 conditioned and prompted by the other people?

19             TONY BARNES:  Yeah.

20             TROY ROELEN:  By other people.  And I –

21 .

22             PHILLIP BELL JR.:  Actually, I don't

23 think, I know.

24             TROY ROELEN:  Okay.

25             TONY BARNES:  It's not even anything.

1               PHILLIP BELL JR.:  But even with, we're

2 trying to nip everything in the bud, you know.  I got

3 to be able to sit down because he's been - he keeps

4 avoiding me, avoiding me, avoiding me, avoiding me.

5 And then with me doing wellness check, you know,

6 wellness checks, he's looking at it.  He would have

7 never been out.

8               Just the fact that he thinks that he

9 was going to get - what, they don't to me make no

10 sense, you know.  But with this guy, you know, who's,

11 you know, it's like I'm - you know what I mean, so?

12               CHAD JOHNSON:  I agree.

13               PHILLIP BELL JR.:  Yeah.  So, it wasn't

14 even nothing like what he is thinking.  Which is why

15 I need to sit down and talk to him.  Because, I mean,

16 I'm his father, you know.

17               TONY BARNES:  And with the death

18 certificate, we tried to get a death certificate and

19 for the, you know, I guess they did a quick autopsy

20 and said, no, didn't seem like nothing's odd.  You

21 know, out of sorts.  But recently they went back, and

22 they said, oh, it's pending because now they're

23 suspecting something.  The toxicology came back, high

24 amounts of cocaine, high amounts of alcohol.  If

25 Isaiah knew that she was -.

31

1          PHILLIP BELL JR.:  She had two heart

2    attacks, two weeks in a row.

3          TONY BARNES:  Heart attacks.  Yeah,

4    less than two weeks.  Why in the world what she doing

5    in Las Vegas?  The day before they were - my sister

6    was getting her hair done.  Her friend was doing it,

7    mutual friend.  Isaiah comes up and asks for money.

8    My sister says no.  You know, repeated, he just

9    repeatedly asked for money on this one day.

10          So, in my head I'm thinking that he's

11    waiting for my sister to go into a certain state to

12    where he could get the money and use it for him for

13    his own purposes.

14          PHILLIP BELL JR.:  And the guys after,

15    so after she's gone -.

16          TONY BARNES:  It's documented that he

17    wasn't there when they called the paramedics.

18          PHILLIP BELL JR.:  Still saying liars.

19    You know, so it's just like -.

20          TONY BARNES:  And all he did was, like.

21    It's documented.

22          PHILLIP BELL JR.:  It's unfortunate

23    that he is just in the, you know.  But we had an

24    amazing relationship before they kind of isolated him

25    out here in Southern California.  You know,

1   everything was just fine.

2            TONY BARNES:  And Briscoe kind of had

3   empowered Isaiah.  I think personally.

4            PHILLIP BELL JR.:  But most

5   importantly, I mean, if it's five minutes, 10

6   minutes, whatever it is, I got to be able to have a

7   five-minute conversation with my son.

8            So, you can go, you know.

9            TONY BARNES:  Like, I wouldn't be down

10  here if he would have gone by parents' house on the

11  way back down here, I wouldn't be down here.

12           TROY ROELEN:  I totally get it.  I do.

13           TONY BARNES:  I do know.

14           TROY ROELEN:  With Chad and I losing

15  our mothers recently, I totally get it.  I don't know

16  where you guys -.

17           TONY BARNES:  No, no, no, that's what

18  I'm saying.

19           TROY ROELEN:  We're 54.  We handle it

20  differently.

21           TONY BARNES:  Than 17.

22           TROY ROELEN:  So, I can't speak for

23  him.

24           TONY BARNES:  Your parent is not an

25  issue.  Playing football, you got to do what you got

33

1   to have a 10-minute conversation with him.

2          TROY ROELEN:  And I said, I know you're

3   17, but it's time for a grown man conversation that

4   needs to be had one way or another.  And I told him

5   again, you can't make me into a liar.

6          CHAD JOHNSON:  I don't know.  I don't

7   know.  I didn't ask him why.  I didn't ask him if you

8   guys have some bad history.  I didn't ask him.  Asked

9   him down there.  I said, like, they're right there,

10  if you want to.

11         TONY BARNES:  Really, it's just the

12  last two years they've had a good relationship.  They

13  had a relationship this whole time.

14         TROY ROELEN:  Like I said, I haven't

15  had one issue.  I'm in charge of all discipline and

16  everything else.  And when we looked at his grades

17  the other day, I want to make sure that he had his

18  core classes.  He can accept this scholarship.  He

19  can, because that's my role.

20         TONY BARNES:  And is it possible for us

21  to get to some of his records?

22         TROY ROELEN:  Here's what I think.  I

23  talked to the district office, and what they need to

24  do is make you the Aeries person.  You remember how

25  Ms. Osborne turned the computer around.  You asked

34

1   about his grades.

2                   TONY BARNES:  Yeah.

3                   TROY ROELEN:  We don't have the ability

4   to take people out or put people in.  So, like, the

5   district might say, I'm making this up.  Don't hold

6   me to it.  Can you just give us a birth certificate

7   that has your name on it or mom's deceased, so they

8   make you, and then you have access to every single

9   thing possible.

10                  PHILLIP BELL JR.:  I have to have the

11  court order.

12                  TONY BARNES:  Yeah, he has a court

13  order.

14                  TROY ROELEN:  Those are things like,

15  you know, -.

16                  TONY BARNES:  We want to see his

17  progress.

18                  TROY ROELEN:  Progress.  We want to -

19  yep, take care.  If we go up and I make a phone call

20  and I say, hey, district office people, is this

21  paperwork sufficient to change the name over, you

22  know, on there?  They may say, yes.  In which case,

23  we can scan it as a PDF and send it over there just

24  for me.

25                  TONY BARNES:  Okay.

35

1          Is it possible for us to get the
2  emergency contact because if something does happen to
3  him, we would know.

4          TROY ROELEN:  They would do that.
5  That's what I'm saying.  They would switch all of
6  that to you.

7          TONY BARNES:  Okay.

8          TROY ROELEN:  And they could do that.
9  They could go in the computer and switch.  I mean,
10 honestly, we're living this day and age of, like,
11 transgender stuff, right?  And you come in and you
12 say, hey, I want to be a woman today.  If you make
13 the phone call to the district, they instantly do it.
14  So, I've got to believe if they can do it for that,
15 they can do it for an emergency contact.

16          We just live in a - it's a different.
17 It's a different age.  I know Chad told you the same
18 thing I was.  I'm not a litigious legal for - I
19 understand everybody's got rights.  I would be more
20 than happy to facilitate everything with that
21 document.

22          Lawyers just scares the hell out of me.
23 And I got to feed a family.  And I don't want to go
24 against it.  I want to help everybody.

25          PHILLIP BELL JR.:  Right.

36

1          TONY BARNES:  We're not trying to get

2    on anybody.

3          TROY ROELEN:  No, that's why I

4    understand.  But that's what Chad said, if that piece

5    of paper didn't exist, like I said, if your lawyer

6    talks to our lawyer and says, hey, I'm trying to make

7    this happen.  And the only new details I gave you

8    today is Aunt Mickey, roof over the head.  He's not

9    driving anywhere.  I know you said he's not driving

10   with us.

11         TONY BARNES:  He was.  He was driving

12   from here - so he drove from here to Sacramento in a

13   car with no registration, no license, no insurance.

14         TROY ROELEN:  So, where'd he get that

15   from?

16         TONY BARNES:  It was his mom's car.

17         TROY ROELEN:  Oh, he just took his

18   mom's car?

19         TONY BARNES:  And then what is Isaiah

20   doing with all my sister's stuff?  Isaiah, he didn't

21   have not one thing, ever.

22         TROY ROELEN:  I don't know that I've

23   seen him, seen him.

24         TONY BARNES:  I got pictures with him

25   on the sidelines.

37

1          TROY ROELEN:  No, no, since November.

2          TONY BARNES:  Oh, since November?

3          TROY ROELEN:  I was going to say, no,

4   no.  I have not seen him since November, so.  And

5   obviously, all this happened recently, so.  And he

6   has not been around school.  He hasn't gone through

7   like Raptor, like, put it in there.  Like there's no

8   record of him ever coming here.  What do you think

9   you lost, D.J.?  Yeah, so I hope maybe Chad can get

10  through a little bit.

11         TONY BARNES:  Yeah, I hope so.

12         TROY ROELEN:  Like I said, I think to

13  your point, the conversation is important on any

14  level.  It's any - and it's God given and it's -.

15         PHILLIP BELL JR.:  And it's not like

16  he's done anything out of the like, you know.

17         TONY BARNES:  To me, I'm not even sure

18  why.  Well, I do know why, but it's not right.  Even

19  if my sister had resentment because of their past

20  relationship as far as this taking the kid away from

21  his parent and then having this other person pushing

22  it so hard.

23         TROY ROELEN:  As I said, I don't want

24  to get kind of get involved in family and finances.

25         CHAD JOHNSON:  Sorry, man, I can't

38

1   physically lay my hands on him.  I try telling him

2   all the situation.  I go, he did tell me that

3   Isaiah's not anymore.

4          So, I go, your dad's biggest concern is

5   that that guy is not a good guy.

6          Okay.

7          And is Isaiah in the computer.  If you

8   want, I'll tell him that, but I know he wants to see

9   you.

10          TONY BARNES:  Yeah, but even besides

11   Isaiah, there was so much more, you know.

12          CHAD JOHNSON:  I know.

13          TROY ROELEN:  Do you want to try to

14   help facilitate changing the information over on with

15   the district office?  I don't know what they need.

16   I don't know.

17          TONY BARNES:  I mean, because I'm not

18   sure how a lot of stuff is set up.  I was wondering.

19          CHAD JOHNSON:  So, if there's two

20   people on Aeries as his emergency contact, I mean, it

21   was Samantha, your sister, Isaiah Sandoval and

22   Samantha, actually, her name was Sandoval.  So that

23   told me that they got married.

24          TONY BARNES:  Yeah, we didn't know.

25          CHAD JOHNSON:  Because I asked that

39

1    question of Briscoe, I said, Briscoe, are they

2    married?  Because on my Aeries it says Samantha

3    Sandoval and Isaiah Sandoval and then Briscoe was the

4    third contact on Aeries.

5            TONY BARNES:  Yeah, yeah, yeah.  Isaiah

6    does not know Samantha, not even a tenth of her life.

7            CHAD JOHNSON:  So, Briscoe told me that

8    they were married, you know, so that they were indeed

9    married.  So, I said, okay.

10           But I don't know, like, I don't know

11   legally, if they were married.  And maybe you guys

12   come out with this.  I don't know, if stepdad and mom

13   are married, mom passes away, does the stepdad, his

14   rights to the son that because they were married?  I

15   don't know the answer to that.

16           TONY BARNES:  With his criminal

17   background thing, like, what's I mean, what's his

18   history?  Even before he came to Southern California

19   and with toxicology and all this other stuff comes

20   out, you guys will want to distance yourselves as

21   much as possible.

22           PHILLIP BELL JR.:  So married or not.

23           TROY ROELEN:  They still have a court

24   order.

25           PHILLIP BELL JR.:  You know, so whether

40

1   they're married or not.

2                CHAD JOHNSON:  Yeah.

3                PHILLIP BELL JR.:  I got a court order.

4   So, now, that she's gone, now I have full custody.

5   So, it's like I'm not trying to do all of this stuff,

6   but with him not.  You see why I'm having to go

7   around and do the stuff, because I can't - this is

8   nuts, man, you know?

9                CHAD JOHNSON:  He -.

10               PHILLIP BELL JR.:  You know, like, all

11  of this could be avoided if he just, if we could just

12  talk.

13               CHAD JOHNSON:  Yeah, I tried to just

14  tell him, man.  And he - and I can't -.

15               PHILLIP BELL JR.:  - Putting me in a bad

16  situation because like I said - now, what do I do,

17  you know?

18               CHAD JOHNSON:  I can't legally go like

19  this.  I can't do that.  I'll get in trouble.

20               TROY ROELEN:  As much as that needs to

21  happen.

22               CHAD JOHNSON:  You know, I can't do it.

23  I can't even, like, they have these meetings, like,

24  if we break up a fight on campus.  That's what we're

25  told.  I see a fight, I go no, stop fighting.  And

41

1   you trip and fall and break your neck.  I'm done.

2   So, I can't put my hands on a kid for nothing, you

3   know?  I can't.

4                 TONY BARNES:  Well, I mean, because

5   we're just trying to our nephew back.  So, I mean,

6   it's like do we need to put a missing person's report

7   out?

8                 CHAD JOHNSON:  Let me do this.  Like,

9   okay, okay.  I know that your main concern is to make

10  sure that your nephew and your son are taken care of.

11  Would you guys please change the cease and desist so

12  I can get involved again and make sure he's taken

13  care of?  And if you guys tell me, I want him out of

14  his auntie's house and with a family you trust, like

15  the very, very wealthy quarterback family that was

16  going to take them in, like they're bazillionaires.

17  I will do that, but I cannot as long as that thing

18  says I can't.

19                PHILLIP BELL JR.:  But the only way

20  that could change is if I'm able to have a five-

21  minute, 10-minute conversation.  You know, between my

22  son and me.

23                CHAD JOHNSON:  You want to start on the

24  phone?  He agreed to that and then see if that goes

25  anywhere.

42

1          PHILLIP BELL JR.:  I'm not telling you

2    on the phone many times, man.

3          TONY BARNES:  Like I have a straight

4    line is also.

5          CHAD JOHNSON:  I agree with you.

6          PHILLIP BELL JR.:  You know, it's like.

7          CHAD JOHNSON:  Everything you said

8    today, I believe you.  I told you, I'm agreeing with

9    you guys.

10          PHILLIP BELL JR.:  Like I said, the

11    only reason why we had to, you know, I had to

12    exercise my right as his father in the courts and all

13    this stuff is because he's got his definite.  You

14    know what I mean?  So, I don't.

15          TONY BARNES:  And it makes it look real

16    bad because it's like, who's harboring this 17-year-

17    old?  Who's making the decisions for this kid, you

18    know?

19          CHAD JOHNSON:  Here's my thing, here's

20    my thing on that one.  Like, I would just say from a

21    guy whose mom died when he was younger and does not

22    talk to his dad anymore, just be careful.  Because in

23    20 days he doesn't have to ever talk to you again.

24          PHILLIP BELL JR.:  Right.

25          CHAD JOHNSON:  And I know you don't

43

1    want that.  You know what I'm saying?

2              PHILLIP BELL JR.:  He's not talking to

3    us now.

4              CHAD JOHNSON:  I get it, I get it.

5              TROY ROELEN:  But as you mature and get

6    older, you start to appreciate.

7              CHAD JOHNSON:  See what I'm saying?

8              TONY BARNES:  Once the truth comes out,

9    I have no doubt in my mind he's going to be open to,

10   oh, damn, this is what they were trying to tell us.

11             CHAD JOHNSON:  I agree.  I totally

12   agree.  But by doing something now, you might not

13   even get to tell him the story.

14             TONY BARNES:  Right.

15             CHAD JOHNSON:  You know, because he's a

16   good guy.

17             TONY BARNES:  And you know what?  And I

18   should have did something last year, but now my

19   sister's dead and the last thing I would want to see

20   if something happened to Phil.  These people are

21   desperate.  You guys understand where these people

22   come from as far as just?

23             CHAD JOHNSON:  Yeah.

24             PHILLIP BELL JR.:  He's made comments,

25   man, on social media.  If I can't win, nobody wins.

44

1          TONY BARNES:  This is recently, this is

2    like -.

3          PHILLIP BELL JR.:  You know, that's

4    like fishy to where it's like -.

5          TONY BARNES:  Like, how are you going

6    to win?

7          PHILLIP BELL JR.:  You know what I

8    mean, so?

9          TONY BARNES:  So, my son's dead -.

10         CHAD JOHNSON:  There was a comment made

11   that I had heard that he said something along those

12   lines, too.  Because, apparently, when they were at

13   Ohio State, Ohio State coaches wanted Phillip to

14   come, but they did not want Isaiah and Josh with him.

15   And your sister was saying that they were going to

16   move out to Columbus, and they were like, well, then

17   you're not coming to Ohio State if this pair is

18   coming with him.  This is from the Ohio State

19   receiver coach.

20         So, when I – so, now, the stories that

21   I'm telling you guys like I told you was fishy.  So

22   now that kind of explains what I think happened.

23   What I think happened is once Samantha was told that,

24   she told Isaiah.

25         TONY BARNES:  My sister told Isaiah?

1      CHAD JOHNSON:  That's what I'm being

2  told.  That explains the curio cabinet and the broken

3  curio cabinet.  That the Ohio State coach had to go

4  pay for.

5      TONY BARNES:  This is clear.  This is

6  clear.

7      CHAD JOHNSON:  Okay.  All right.

8      There's, so, like, there's - that's

9  what I'm trying to say to you.  I don't disagree with

10 you guys, but I don't know if how we're going about

11 it is the best way to reach the goal we're trying to

12 reach.  You know, like, I am not - I mean, I sat

13 there for 30 minutes and told you were right about

14 it.  That's exactly what you guys think.

15      So, I'm just thinking, like, okay, so

16 he's not going do it.  I can't go grab him.  You

17 can't go in there.  How are we going to do this?

18      Okay?

19      Take the phone call.  Let's go one step

20 at a time.

21      Okay.

22      And you guys come from wealthy

23 backgrounds, you both just said earlier.  So, getting

24 out here is not going to be a problem.  You live in

25 Vegas, right?

46

1              TONY BARNES:  I'm back and forth.

2              CHAD JOHNSON:  Okay.

3          So, you can go.

4              PHILLIP BELL JR.:  I'd be wanting to

5    come down here and live before that just to kind of

6    give us some - because the structure and discipline

7    that got him to where, you know, to his freshman,

8    sophomore year in Sac.  He hasn't really been - I

9    could see it. I can see that in his preparation.  I

10   can see how he takes the field.

11             CHAD JOHNSON:  Yeah.

12             PHILLIP BELL JR.:  But, I mean, I don't

13   want to like over insert myself.  Hey, what the hell

14   are you doing?  Yeah, but once I talk to him, like

15   he's going to like understand, you know, you got to

16   get back to the basics.

17             CHAD JOHNSON:  Yep.

18             PHILLIP BELL JR.:  You got to take

19   these things seriously.

20             CHAD JOHNSON:  And, again, like I would

21   be on your guy's side with that if he was just for

22   the record wasn't an issue or age an issue.  But I

23   know his grades from Christian Brothers.  And they

24   weren't as good as they are now.

25             PHILLIP BELL JR.:  Right.  Because he

1    was with - that's when Isaiah started controlling

2    him.

3                CHAD JOHNSON:  Right.  I'm just saying

4    since he's been at Mission Viejo, his grades are

5    exemplary.  He had no discipline issues.  His

6    teachers love him and -.

7                PHILLIP BELL JR.:  I mean, he's a good

8    kid.  I wouldn't expect nothing less.

9                CHAD JOHNSON:  Exactly, exactly.  So,

10   like, like for me, it's like well, you know, I see

11   him on the right track as his coach, you know, and I

12   don't know if you guys know my background, but I was

13   at St. John Bosco for a decade before I came here.

14   So, working with a lot of kids from rough backgrounds

15   is what I've done for a long time.

16                And so, I don't see him struggling, you

17   know what I mean?  You know, I track everyone's

18   lifts.  He's gone up in body weight. He's gone up in

19   all of his lifts.  His speed's gone down.  Like

20   everything is tracking in the right direction of a

21   kid who's not drowning, you know what I'm saying?

22   And so, like, that's why I'm saying, like, I totally

23   get it, but I don't know if forcing your way right

24   now is going to push him further away.

25                Like maybe a phone call and the first

48

1  thing out of your mouth is, I love you.  You know

2  what I mean?  Because I know I'd love to hear my dad

3  call me and say that to me right now.  I haven't

4  talked to him in years.  You know what I mean?  And

5  just things like that.

6             TONY BARNES:  This has been a two-year

7  push.

8             PHILLIP BELL JR.:  It's not just an

9  overnight thing.  I had a long court battle with his

10  mom.

11             CHAD JOHNSON:  I get it.  So, when I

12  just talked to him in there, when I was in there

13  right now, I said, Phillip, let me ask you a

14  question.  Why?  Why don't you want to talk to him?

15  The guy, yeah, he's your dad.  He said, oh, yeah.  He

16  wants five minutes of your time.  Just tell me why.

17  Because, coach, I have talked to him so many times.

18  He always says the same thing and it's always the

19  same exact.  I don't want to do this again.  And so,

20  I don't know if that's true or not.

21             PHILLIP BELL JR.:  I don't even know

22  what he's talking about.

23             CHAD JOHNSON:  Okay.

24             That's what he just said.  So, I don't

25  know, you know, I don't know if you can think back,

49

1  and the last time, I don't know.  I asked this

2  question, I go, did - was it like mutual custody?

3  Was it like half of you guys or no?  I live with my

4  mom, saw him once in a while, but he always tries to

5  come in and control everything and usually messes

6  everything up, blah, blah, blah.

7                  Okay, okay.

8                  I go, from what I understand right now,

9  he didn't try to make sure you're okay.  I said

10  that's what he's telling us.  So, he just does.  I

11  just think right now, for whatever it is, the phone

12  call might be the best thing because I physically

13  cannot, you know what I mean?

14                  I can't go grab him, guys.  I can't do

15  that, you know.  I hope you guys understand I'm in a

16  bad spot here.  You know, I totally agree with you

17  that he, as much time away from Isaiah is better than

18  time with Isaiah.  I agree.  I don't think Isaiah is

19  the best dude.  I totally agree with that.

20                  Okay.

21                  I'm on your side of that.  That's why I

22  asked that question.  Are you with Isaiah, you live

23  with Isaiah?  He said no, I'm with my auntie.  You

24  what the Robinson family is, apparently, what it is?

25   It's the Jason Robinson.  And so, they have three

50

1   little sons that are at - they go to high school,

2   very good receivers.  So, but, yeah, so.  So, it

3   sounds like that's the same place that we sent the

4   wellness check to.  So, it's a consistent place.

5   He's been there since before your sister and your ex-

6   wife passed away.

7               TONY BARNES:  But even when my sister

8   was here, she made it seem like they had an apartment

9   they were living.

10              TROY ROELEN:  When they first moved

11  down from Alemany, just off the top of my head, they

12  had a place in Trabuco Canyon.  Because I had to make

13  a home visit to make sure everybody was living there.

14  That no longer exists.  And remember I told you how

15  every year it just automatically rolls over in the

16  school and you get a card?

17              TONY BARNES:  Yeah.

18              TROY ROELEN:  This card didn't get re-

19  sent in.  So, meaning it was sent to that house.

20  Isaiah's not there, and Phillip's in Irvine, so they

21  would have to come in with another card.  Right?  So,

22  he either went to the house because they didn't

23  forward the - you know how when you forward your

24  mail?

25              TONY BARNES:  Right.

1    TROY ROELEN:  So, he picked up the

2  card, brought the card in because he talked to Maria

3  yesterday.  I wasn't part of that conversation.  When

4  you asked who did.  Phillip came in and said I want

5  to graduate a semester.  Told the counselor that's

6  why he's got to take English 4 in night school to

7  finish the complete year.  He did that.  There was no

8  one with him.

9    TONY BARNES:  No one with him?

10    TROY ROELEN:  No one with him.

11    TONY BARNES:  We just want to – how

12  could he put Isaiah and Briscoe as his emergency

13  contacts?  You know what I mean?  Like to me, that's

14  just like -.

15    CHAD JOHNSON:  That was on there, like,

16  before your sister died.

17    TROY ROELEN:  Yes.

18    TONY BARNES:  Okay.

19    TROY ROELEN:  So that was last year

20  when he checked in.

21    CHAD JOHNSON:  Yes.

22    TROY ROELEN:  When he moved down.

23    CHAD JOHNSON:  So, he checked in,

24  right?  So, when all this went down, okay, I go on

25  his Aeries to see who to call.  Because when I think

52

1   about Isaiah, I'm not going to call him.  You know

2   what I'm saying?  Because he's the guy that I think

3   is a little shady.  So why would I call him?  So, I

4   went to Aeries.  Obviously, it was your ex-wife,

5   Samantha, Briscoe and Isaiah.

6           TROY ROELEN:  Help facilitate - to make

7   sure there's no contact number.

8           CHAD JOHNSON:  I told you, I couldn't

9   call and then I couldn't.

10          TROY ROELEN:  If he did show up and if

11  he's not on say like Megan's Law.  If he's on there

12  and he does it, he can see these because he's on

13  there.  I want to help you get him off.

14          CHAD JOHNSON:  I know what you're

15  saying.

16          TROY ROELEN:  And that's why I asked,

17  maybe is it a birth certificate, something that just

18  says, you know, you are who you are.  You know, just

19  something that's there and all of a sudden either

20  you're the guardian.  You're the first emergency

21  contact.  Your parents are the next ones.  We can

22  change all that.  I can't do it, but whatever works

23  necessary to do it.  I'm willing to do that as the

24  next step.  Just so that completely cuts that guy

25  off, Isaiah.  How do we eliminate that?  That's what

1   you're talking about.  Like, if I have a mole and it

2   looks dark, let's cut it off before it becomes

3   cancer.  So that's what I'm - let's do that, at least

4   help facilitate that.

5               TONY BARNES:  The vistings I've taken,

6   he's taken.  My sister probably custody before that.

7               TROY ROELEN:  I need to know what the

8   steps are to do that.  So at least we eliminate -

9   because if he shows up now and puts his thing in

10  there, he's not an emergency.  You know what I'm

11  saying?  If we're going to go through the legal

12  channel, and Chad said so the whole court order put

13  everybody on edge.  And then, so as much as we want

14  to be helpful, we got to really be careful.

15              PHILLIP BELL JR.:  The court was

16  already wrote, so now I'm the bad guy because I'm

17  fighting for him.

18              CHAD JOHNSON:  Why did he say that?  I

19  don't know.  You tried talking to him.  I was told

20  you liked here.

21              PHILLIP BELL JR.:  No, he called me and

22  said I don't like it down here.

23              CHAD JOHNSON:  I see what you mean.

24              TONY BARNES:  You know, it worked out.

25              PHILLIP BELL JR.:  They're doing it

1   again.

2                   TROY ROELEN:  But that's the sequence

3   of events.  You know what I mean?  I'm sorry.

4                   PHILLIP BELL JR.:  They're doing it

5   again.  And I'm like, all right, we got to come down.

6                   CHAD JOHNSON:  I mean, look, like it

7   is. I'm not going to lie.  It's strange seeing

8   someone's sister and ex-husband on the same team.  So

9   that tells me like, you know what I mean?  That's why

10  you're believable.  You know what I'm saying?  Like

11  how many ex-husbands are going to be tight with the-.

12                  TONY BARNES:  Not even that.  Even her,

13  her mother, his mother and father were in court with

14  me -.

15                  PHILLIP BELL JR.:  Yeah.

16                  TONY BARNES:  Telling the judge do not

17  - make him come back.

18                  PHILLIP BELL JR.:  And in court because

19  Samantha -.

20                  TONY BARNES: Because we're trying to

21  avoid -.

22                  PHILLIP BELL JR.:  And her boyfriend.

23  Like why is this other dude even in the mix trying to

24  like.

25                  CHAD JOHNSON:  According to them,

55

1  husband.

2         TONY BARNES:  Yeah.  So maybe they did.

3  They went to the courthouse just on their own.

4         CHAD JOHNSON:  Because in our system it

5  says nothing.

6         TONY BARNES:  Samantha was about to

7  leave him.  There's no doubt in my mind.

8         CHAD JOHNSON:  Well, that's what.

9  That's the story that I got out of the house.

10         TONY BARNES:  But most importantly -.

11         CHAD JOHNSON:  That's why it's all

12  fishy to me.

13         PHILLIP BELL JR.:  So, I mean, we got

14  to get her house -.

15         CHAD JOHNSON:  And then I had heard, I

16  heard Isaiah make a comment like, you're not going

17  to.

18         After all this time, you're not just

19  going to leave me with nothing or something along

20  those lines, which matches.  Which matches your

21  comment on Facebook or whatever situation it was.

22         PHILLIP BELL JR.:  So, you know, as a

23  man, as a father, you understand if I can't get a

24  hold of this kid, why it's important to me, whatever

25  address I got, I got to do a wellness check on him.

56

1   Somebody just, you know, he's still a minor, still a

2   baby to me.

3              TONY BARNES:  And we can't just

4   chastise it, whether it be murder, sexual abuse.

5              TROY ROELEN:  So, this is why I want to

6   go change that.  Yeah, if you talk to your dad or

7   your grandparents.

8              PHILLIP BELL JR.:  On both sides.  I

9   could understand like one parent, maybe, but when you

10  see both sets of grandparents, uncle, dad, as all

11  enemies.  Yeah, there's something there.

12             TONY BARNES:  To me that's like a

13  concern.

14             TROY ROELEN:  That's why I asked you

15  yesterday, like, like -.

16             TONY BARNES:  You can be mad at me.

17  I'll take that.

18             TROY ROELEN:  Does he think, like,

19  everyone's just trying to -

20             TONY BARNES:  I understand.

21             TROY ROELEN:  You have a sister

22  involved.

23             TONY BARNES:  Yeah, the most my sister

24  and I when this whole thing got started.

25             TROY ROELEN:  You know, like I said,

57

1   dealing with our moms passing recently is a bitch.

2              TONY BARNES:  I forget which.  It was

3   the week after mom.  I was right here with telling

4   her how concerned my other buddy that was with her.

5   Oh, man, you got to get rid of this guy.  Why, like,

6   talking about, why is he out here?  And she's like,

7   you know, I feel the same.  He shouldn't be there.

8   And, you know, she had her reservations about it.

9              PHILLIP BELL JR.:  That's what I said.

10  I sent her an email.  I can show you the email that I

11  sent to her just addressing my concern.

12             TROY ROELEN:  If you guys want to

13  forward it to me, that you got that from her.  17

14  years.  You took over last year.

15             PHILLIP BELL JR.:  And I understand she

16  was very loyal and it's a new kind of landscape with

17  this whole mail stuff and his money kind of put him

18  down.

19             TONY BARNES:  Like, I feel like I got

20  to call Nick Saban because Nick – actually, Alabama

21  showed up to Christian Brothers and he wasn't even at

22  school.  And I was like, what's his high school?

23             CHAD JOHNSON:  They must have

24  transferred him down here.

25             PHILLIP BELL JR.:  Right.

58

1                              *   *   *   *

2                         RECORDING ENDED

3                              *   *   *   *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

59

1                           CERTIFICATE

2

3          I hereby certify that the transcript of the

4    proceedings contained herein is a true and accurate

5    transcription as transcribed under my supervision from

6    the recorded audio provided to Sargent's, that

7    Sargent's staff was not personally present at the time

8    of the recording, that the transcription was reduced

9    to writing, and that this is a true and correct

10   transcript of the same to the best of Sargent's staff

11   ability.

12

13

14

15            Michele Ann McGinnis,

16                 Manager

17

18

19

20

21

22

23

24

25