**From:** Jamir Davis jdavis@jdaviscounsel.com
**Subject:** Re: Investigation
**Date:** November 1, 2024 at 3:57 PM
**To:** Mike West mikew@cifss.org
**Cc:** Valery Nechay Valery@nechaylaw.com

Mr. West,

Is there an update on the investigation that we requested on Mission Viejo and Saddleback Unified School District? We have not heard back and would like to know if this matter has been looked into. I have cc'd my co-counsel on this email. Please be sure to include her in all correspondence.

Sincerely,



**Jamir Davis, Esq.**
PRESIDENT

J. DAVIS LAW FIRM, PLLC

PHONE ▸ (859) 750-5033
MAIL ▸ P.O. BOX 122123, COVINGTON, KY 41011
EMAIL ▸ JDAVIS@JDAVISCOUNSEL.COM
WEBSITE ▸ WWW.JDAVISCOUNSEL.COM

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

On Mon, Sep 30, 2024 at 4:03 PM Jamir Davis <jdavis@jdaviscounsel.com> wrote:
> Mr. West,
>
> Is there an update on this matter?
>
> Sincerely,
>
> 
>
> **Jamir Davis, Esq.**
> PRESIDENT
>
> J. DAVIS LAW FIRM, PLLC
>
> PHONE ▸ (859) 750-5033
> MAIL ▸ P.O. BOX 122123, COVINGTON, KY 41011
> EMAIL ▸ JDAVIS@JDAVISCOUNSEL.COM
> WEBSITE ▸ WWW.JDAVISCOUNSEL.COM
>
> CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
>
> On Mon, Aug 26, 2024 at 1:39 PM Jamir Davis <jdavis@jdaviscounsel.com> wrote:
>> Thank you for the update.
>>
>> Sincerely,



**Jamir Davis, Esq.**

PRESIDENT

J. DAVIS LAW FIRM, PLLC

PHONE ▸ (859) 750-5033
MAIL ▸ P.O. BOX 122123, COVINGTON, KY 41011
EMAIL ▸ JDAVIS@JDAVISCOUNSEL.COM
WEBSITE ▸ WWW.JDAVISCOUNSEL.COM

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

On Mon, Aug 26, 2024 at 12:19 PM Mike West <mikew@cifss.org> wrote:

> Mr. Davis,
>
> We have sent what was provided to our legal team for review and recommendations. We are awaiting a response.
>
> Mike
>
> ---
>
> **From:** Jamir Davis <jdavis@jdaviscounsel.com>
> **Sent:** Friday, August 23, 2024 6:00 PM
> **To:** alexisb@cifss.org <alexisb@cifss.org>; Jamesp@cifss.org <Jamesp@cifss.org>; Mike West <mikew@cifss.org>
> **Subject:** Fwd: Investigation
>
>     You don't often get email from jdavis@jdaviscounsel.com. Learn why this is important
>
> To Whom It May Concern,
>
> Please see the message below. We have been trying to get in touch with someone for the past week.
>
> Sincerely,
>
> 
>
> **Jamir Davis, Esq.**
>
> PRESIDENT
>
> J. DAVIS LAW FIRM, PLLC
>
> PHONE ▸ (859) 750-5033
> MAIL ▸ P.O. BOX 122123, COVINGTON, KY 41011
> EMAIL ▸ JDAVIS@JDAVISCOUNSEL.COM
> WEBSITE ▸ WWW.JDAVISCOUNSEL.COM
>
> CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---------- Forwarded message ---------
From: **Jamir Davis** <jdavis@jdaviscounsel.com>
Date: Tue, Aug 20, 2024 at 12:27 PM
Subject: Investigation
To: <Richs@cifsf.org>
Cc: Valery Nechay <Valery@nechaylaw.com>

Rich Sheer,

Thank you for taking the time to discuss the matter involving Phillip Bell III and Mission Viejo High School last week. Per our conversation you stated that if provided the information you would investigate to determine if there were violations of CIF's Blue Book.

I have attached the Complaint that was filed in federal court yesterday, which contains all of the facts. I also have attached the court order mentioned within the Complaint.

Based on Saddleback Valley Unified School District policy Phillip Bell III should not have been registered for this year's school year because he does not have a legal guardian that lives in the District. Furthermore, Phillip Bell III has not been at Mission Viejo High School for over a year, which means that he should not be eligible to compete in athletics without an active address in the District. Lastly Phillip Bell III is still a minor and has been traveling across state lines without the consent of his guardian.

We would like this situation looked into promptly. If you have any questions or concerns please don't hesitate to reach out to me directly.

Sincerely,



**Jamir Davis, Esq.**
PRESIDENT

J. DAVIS LAW FIRM, PLLC

PHONE ▶ (859) 750-5033
MAIL ▶ P.O. BOX 122123, COVINGTON, KY 41011
EMAIL ▶ JDAVIS@JDAVISCOUNSEL.COM
WEBSITE ▶ WWW.JDAVISCOUNSEL.COM

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Case 4:24-cv-05545-JST   Document 80-6   Filed 07/02/25   Page 4 of 4