J. DAVIS LAW FIRM, PLLC
Jamir Davis, Esq. (*pro hac vice*)
jdavis@jdaviscounsel.com
106 Winding Way, Unit C
Covington, KY 41011
Telephone: (859) 750-5033

Valery Nechay (State Bar No. 314752)
valery@nechaylaw.com
Attorney at Law
Law Chambers Building
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 652-8569

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES,<br><br>         Plaintiffs,<br><br>    vs.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; CALIFORNIA INTERSCHOLASTIC FEDERATION; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE; CHAD JOHNSON; STEVE BRISCOE; SAREENA CHOW and DOES 1-20 in their individual and official capacities, et al.,<br><br>         Defendants. | Case No. 4:24-cv-05545-JCS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KLUTCH SPORTS GROUP (ERRONEOUSLY NAMED AS KLUTCH SPORTS) PURSUANT TO FRCP 41(a)(1)**<br><br>*Judge:*   Dist.. Judge Jon S. Tigar |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KLUTCH SPORTS GROUP (ERRONEOUSLY NAMED AS KLUTCH SPORTS))**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Phillip Bell, Jr., Lorna Barnes, and Anthony Barnes ("Plaintiffs") hereby voluntarily dismiss from this action, ***without prejudice***, Defendant Klutch Sports Group (erroneously named as Klutch Sports) ("Klutch"). This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1) on the grounds that Klutch has not yet served an answer or motion for summary judgment in this action and may be voluntarily dismissed without a court order.

Dated:  July 14, 2025

J. DAVIS LAW FIRM, PLLC

By: _____

J. DAVIS LAW FIRM, PLLC
Jamir Davis, Esq. (*pro hac vice*)
*jdavis@jdaviscounsel.com*
106 Winding Way, Unit C
Covington, KY 41011
Telephone:  (859) 750-5033

Valery Nechay (State Bar No. 314752)
*valery@nechaylaw.com*
Attorney at Law
Law Chambers Building
345 Franklin St.
San Francisco, CA 94102

*Attorneys for Plaintiffs*