UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES. <br><br> Plaintiffs. <br><br> v. <br><br> SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; CALIFORNIA INTERSCHOLASTIC FEDERATION; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG; TRICIA OSBORNE; CHAD JOHNSON; STEVE BRISCOE AND DOES 1-20 in their individual and official capacities, et al. <br><br> Defendants. | Case No. 4:24-cv-05545-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS STEVE BRISCOE AND NEXT LEVEL SPORTS & ACADEMICS FOUNDATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** <br><br> Date:   September 11, 2025 <br> Time:  2:00 p.m. <br> Ctrm:  6 <br> Judge: Hon. Jon S. Tigar |

This matter came before the Court on Defendants Steve Briscoe and Next Level Sports & Academics Foundation's ("Next Level") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) the Second Amended Complaint filed by Plaintiffs Phillip Bell Jr., Lorna Barnes, and Anthony Barnes ("Plaintiffs"). The Motion was heard on September 11, 2025.

Having considered the papers filed in support and in opposition to the Motion and the pleadings and records in this action, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. The claims asserted against Steve Briscoe and Next Level Sports & Academics Foundation in the Second Amended Complaint (ECF No. 86) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HONORABLE JON S. TIGAR
DISTRICT JUDGE