DeMaria Law Firm, APC.
Anthony N. DeMaria, #177894
*ademaria@demarialawfirm.com*
1684 W. Shaw Ave., Ste. 101
Fresno, California 93711
Telephone:    (559) 206-2410
Facsimile:    (559) 570-0126

Attorneys for Defendants, SADDLEBACK
VALLEY UNIFIED SCHOOL DISTRICT;
EDWARD WONG, TRICIA OSBORNE, and
CHAD JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.<br><br>Plaintiffs,<br><br>v.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities.<br><br>Defendants. | Case No. 4:24-cv-05545-JST<br><br>**DEFENDANTS SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, EDWARD WONG, TRICIA OSBORNE, AND CHAD JOHNSON'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT Defendants, SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; EDWARD WONG, TRICIA OSBORNE, and CHAD JOHNSON, do not oppose Plaintiffs' Motion to Extend Time To File Response To Defendants' Motion To Dismiss Plaintiffs' Second Amended Complaint (ECF No. 96), and hereby submits their Notice of Non-opposition to the motion.

| | |
|---|---|
| Dated: August __1__, 2025 | DeMaria Law Firm, APC<br><br>By: _/s/ VR Bernhardt for_<br>Anthony N. DeMaria<br>Attorneys for Defendants, SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; EDWARD WONG, TRICIA OSBORNE, and CHAD JOHNSON |