UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BELL JR., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-05545-JST<br><br>**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME**<br><br>Re: ECF Nos. 94, 95, 96 |

On July 15, 2025, Defendants filed motions to dismiss the second amended complaint. ECF Nos. 88, 89, 90. On July 29, 2025, the day on which Plaintiffs' response was due, Plaintiffs filed motions for extension of time to file a response to the motions to dismiss. ECF Nos. 94, 95, 96. The Court ordered responses to the motions for extension of time from Defendants on July 30, 2025. ECF No. 97. Defendants have since filed their responses. ECF Nos. 98, 99, 100.

After reviewing the parties' submissions, the Court grants Plaintiffs' motions for extensions of time and orders Plaintiffs to file their response to Defendants' motions to dismiss by August 12, 2025. Defendants may file any reply brief by August 19, 2025. The case management conference currently scheduled for August 19, 2025, is continued to October 14, 2025.

While the Court grants Plaintiffs' request for an extension, Plaintiffs' counsel is directed to review the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California and this Court's Standing Order for All Civil Cases. Specifically, Plaintiffs' counsel is reminded that requests to extend deadlines or continue hearing dates should be filed at least three business days prior to the deadline or hearing sought to be extended or continued. Furthermore, such requests should be filed only after counsel has engaged in efforts to obtain a stipulation by meeting and conferring with opposing counsel in compliance

with the local rules.  Future violations of the Court's standing orders or local rules may be grounds for denial of relief or the imposition of sanctions.

**IT IS SO ORDERED.**

Dated:  August 6, 2025



JON S. TIGAR
United States District Judge