# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.

    Plaintiffs,

v.

SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities.

    Defendants.

**Case no: 3:24-cv-05545-JCS**
**Motion to Strike**

## PLAINTIFF'S MOTION TO STRIKE

Come the Plaintiffs, Phillip Bell Jr., Lorna Barnes, and Anthony Barnes, by counsel, respectfully move the Court to strike the entirety of Plaintiff's Motion to Amend, identified by the Court as Docket Entry 115.

Plaintiffs acknowledge that their prior filing was procedurally deficient because the TAC was not attached as required, and respectfully request leave to refile in full compliance with the applicable Local Rules.

1

Respectfully submitted,

/s/ Jamir Davis
Jamir Davis, Esq. J. Davis Law Firm, PLLC
328 Scott Street
Covington, KY 41011
(859) 750-5033
jdavis@jdaviscounsel.com

## Proof of Service

BY ELECTRONIC MAIL: I caused the document(s) to be filed electronically via ECF. I did not receive a notification that the electronic transmission was unsuccessful.

Date: November 10, 2025,

*/s/ Jamir Davis*