DeMaria Law Firm, APC.
Anthony N. DeMaria, #177894
*ademaria@demarialawfirm.com*
1684 W. Shaw Ave., Ste. 101
Fresno, California 93711
Telephone:    (559) 206-2410
Facsimile:     (559) 570-0126

Attorneys for Defendants, SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; EDWARD WONG, TRICIA OSBORNE, and CHAD JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.<br><br>Plaintiffs,<br><br>v.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, and DOES 1-20 in their individual and official capacities.<br><br>Defendants. | Case No. 4:24-cv-05545-JST<br><br>**DEFENDANTS' WITHDRAWAL RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**<br><br>Date:     January 8, 2026<br>Time:    2:00 P.M.<br>Ctrm.:    6<br><br>Assigned to: Hon. Judge Jon S. Tigar |

DEFENDANTS' WITHDRAWAL OF RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Defendants, SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; EDWARD WONG, TRICIA OSBORNE, and CHAD JOHNSON, respectfully request to withdraw the Response to the Plaitniffs' Motion for Leave (E.C.F. 120) as it was erroneously submitted in accordance with this Court's prior order that the response was due on November 13, 2024. (E.C.F. 115.) Defendants, SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; EDWARD WONG, TRICIA OSBORNE, and CHAD JOHNSON, will submit a response to Plaintiffs' newly asserted motion to leave on or before the response date set by this Court, November 24, 2025.

Dated: November 13, 2025                              DeMaria Law Firm, APC

                                        By: _____/s/Anthony N.DeMaria_____
                                                  Anthony N. DeMaria
                                          Attorneys for Defendants, SADDLEBACK
                                          VALLEY UNIFIED SCHOOL DISTRICT;
                                          EDWARD WONG, TRICIA OSBORNE, and
                                                    CHAD JOHNSON