VALERY NECHAY, ESQ. (SBN 314752)
LAW CHAMBERS BUILDING
345 FRANKLIN ST.
SAN FRANCISCO, CA 94102
TELE: 415-652-8569
VALERY@NECHAYLAW.COM

JAMIR DAVIS, ESQ.
J. DAVIS LAW FIRM, PLLC
328 SCOTT ST,
COVINGTON, KY 41011
TELE: 415-816-9911
LAW@JDAVISCOUNSEL.COM

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES. <br><br> **Plaintiff,** <br> **v.** <br><br> SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAIAH SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities. Defendants. | **Case Number: 4:24-cv-05545-JST** <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A SCHEDULING ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 17, 2026, at 2:00 PM, in Courtroom 6, 2nd Floor, Oakland Courthouse, before the Honorable Jon S. Tigar, United States District Judge, Plaintiff, by and through undersigned counsel, will move, and hereby does move, this Court, pursuant to Federal Rule of

1

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A SCHEDULING ORDER**

Civil Procedure 16(b), for entry of a Scheduling Order establishing deadlines governing discovery, amendment of pleadings, expert disclosures, dispositive motions, pretrial filings, and trial. This Motion is made on the grounds that prompt entry of a Scheduling Order is necessary to prevent prejudice to Plaintiff and to ensure the orderly progression of this litigation. Without a Scheduling Order, Plaintiff's ability to timely conduct discovery, depose witnesses, preserve evidence, and seek leave to amend the pleadings based upon information obtained during discovery is substantially impaired. As additional time passes, witness memories continue to fade, relevant evidence becomes increasingly difficult to preserve, and Plaintiff's ability to fully prosecute this action is prejudiced.

This Motion is based upon this Notice, the accompanying Motion, the pleadings and papers on file in this action, any matters of which the Court may take judicial notice, and any argument the Court may permit. Plaintiff respectfully requests that the Court enter a Scheduling Order at its earliest opportunity.

Respectfully submitted,

*/s/ Jamir Davis*
JAMIR DAVIS, ESQ.
J. DAVIS LAW FIRM, PLLC
328 SCOTT ST,
COVINGTON, KY 41011
TELE: 415-816-9911
LAW@JDAVISCOUNSEL.COM

*/s/ Valery Nechay*
VALERY NECHAY, ESQ. (SBN 314752)
LAW CHAMBERS BUILDING
345 FRANKLIN ST.
SAN FRANCISCO, CA 94102
TELE: 415-652-8569
VALERY@NECHAYLAW.COM

Attorneys for Plaintiffs

2

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A SCHEDULING ORDER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES.**<br><br>**Plaintiff,**<br>**v.**<br><br>**SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAIAH SANDOVAL; EDWARD WONG TRICIA OSBORNE, CHAD JOHNSON; STEVE BRISCOE, AND DOES 1-20 in their individual and official capacities. Defendants.** | **Case Number: 4:24-cv-05545-JST**<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF A SCHEDULING ORDER** |

**Hearing Date:** September 17, 2026

**Hearing Time:** 2:00 PM

**Courtroom:** 6, 2nd Floor, Oakland

**Judge:** Honorable Jon S. Tigar

Plaintiff, by counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 16(b), to enter a Scheduling Order. In support thereof, Plaintiff states as follows:

## I. INTRODUCTION

Federal Rule of Civil Procedure 16(b) requires the Court to issue a scheduling order to govern the progression of the litigation. Entry of a Scheduling Order is necessary to establish deadlines for discovery, amendment of pleadings, expert disclosures, dispositive motions, and trial so that this matter may proceed efficiently and without unnecessary delay.

3

Plaintiffs filed this action in **2024**, yet as the parties approach **2027**, the Court has not entered a Scheduling Order. As a result, this litigation has remained without the deadlines contemplated by Rule 16(b), significantly delaying the orderly progression of the case. This Motion will be heard on **September 17, 2026, at 2:00 p.m.**, in **Courtroom 6, 2nd Floor, Oakland**, before the Honorable **Jon S. Tigar**.

The continued absence of a Scheduling Order is prejudicing Plaintiffs' ability to timely investigate their claims, conduct discovery, identify additional witnesses, preserve evidence while memories remain fresh, and determine whether amendment of the pleadings is necessary based upon facts developed through discovery. Each passing month increases the risk that witness recollections will fade and relevant evidence will become more difficult to obtain, causing continuing prejudice to Plaintiffs.

**II. GOOD CAUSE EXISTS FOR ENTRY OF A SCHEDULING ORDER**

Good cause exists for prompt entry of a Scheduling Order. Without established deadlines, the parties cannot efficiently coordinate written discovery, depositions, expert discovery, or other case management obligations. A Scheduling Order will provide certainty regarding the progression of this litigation and promote the just, speedy, and inexpensive determination of this action consistent with the Federal Rules of Civil Procedure.

**III. PLAINTIFF WILL SUFFER PREJUDICE ABSENT PROMPT ENTRY OF A SCHEDULING ORDER**

Plaintiff is presently prejudiced by the absence of a Scheduling Order. As time passes, witness memories naturally fade, making it more difficult to obtain complete and accurate testimony regarding the events at issue. Likewise, documentary evidence and electronically stored information become increasingly susceptible to loss, degradation, or inadvertent destruction despite the parties' preservation obligations.

Prompt discovery is necessary to preserve the integrity of the evidence, identify all relevant witnesses, and ensure that depositions occur while witnesses' recollections remain reasonably fresh.

4

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A SCHEDULING ORDER**

Further, Plaintiff requires sufficient time to complete discovery before any deadline to amend the pleadings. Discovery may reveal additional facts, claims, or parties that warrant amendment, and Plaintiff should have a meaningful opportunity to seek such relief before the amendment deadline expires.

Absent prompt entry of a Scheduling Order, Plaintiff will continue to suffer unnecessary prejudice through delayed discovery and the continued deterioration of testimonial and documentary evidence.

**IV. ENTRY OF A SCHEDULING ORDER WILL PROMOTE JUDICIAL EFFICIENCY**

Entry of a Scheduling Order will facilitate efficient case management by establishing deadlines governing:

- Amendment of pleadings;
- Fact discovery;
- Expert disclosures;
- Expert discovery;
- Dispositive motions;
- Final pretrial filings; and
- Trial.

Establishing these deadlines now will minimize unnecessary delay, promote efficient discovery, reduce future scheduling disputes, and assist both the parties and the Court in managing this litigation.

**V. CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court promptly enter a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing deadlines governing all remaining phases of this litigation and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

5

***/s/ Jamir Davis***
JAMIR DAVIS, ESQ.
J. DAVIS LAW FIRM, PLLC
328 SCOTT ST,
COVINGTON, KY 41011
TELE: 415-816-9911
LAW@JDAVISCOUNSEL.COM

***/s/ Valery Nechay***
VALERY NECHAY, ESQ. (SBN 314752)
LAW CHAMBERS BUILDING
345 FRANKLIN ST.
SAN FRANCISCO, CA 94102
TELE: 415-652-8569
VALERY@NECHAYLAW.COM

Attorneys for Plaintiffs

6

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jamir Davis*
Jamir Davis, Esq.

7

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A SCHEDULING ORDER**